IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WARREN KEYE, *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. WGC-07-2926 |
| ) | |
| **RED ROOF INNS, INC.,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

In accordance with the foregoing Memorandum Opinion, IT IS, this 20th day of May, 2009, by the United States District Court for the District of Maryland, **ORDERED**:

That Defendants' Motion for Summary Judgment (Document No. 35), BE, and the same hereby IS, **DENIED**.

_____/s/_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE