IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WARREN KEYE,** *et al.* ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
|     v. ) | **Civil Action No. WGC-07-2926** |
| ) | |
| **RED ROOF INNS, INC.,** *et al.* ) | |
| ) | |
|     **Defendants/Third Party Plaintiffs,** ) | |
| ) | |
|     v. ) | |
| ) | |
| **S & W Protective Services, Inc.** ) | |
| ) | |
|     **Third Party Defendant.** ) | |

## ORDER

In accordance with the foregoing Memorandum Opinion, IT IS, this 20th day of May, 2009, by the United States District Court for the District of Maryland, **ORDERED**:

1. That Defendants/Third Party Plaintiffs' Motion for Summary Judgment (Document No. 34) BE, and the same hereby IS, **DENIED**;

2. That Third Party Defendant's Cross-Motion for Summary Judgment (Document No. 39) BE, and the same hereby IS, **GRANTED**; and

3. That judgement is entered in favor of the Third Party Defendant and against the Defendants/Third Party Plaintiffs.

_____/s/_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE